**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SAID SAMAAN,

      Plaintiff,                                          Case No. 11-13869

v.                                                  HONORABLE DENISE PAGE HOOD

GENERAL DYNAMICS LAND SYSTEMS, INC.,

      Defendant.

_____/

**ORDER GRANTING MOTION TO DISMISS**

On May 30, 2012, the parties placed on the record an agreement to arbitrate the matter. Accordingly,

IT IS ORDERED that Defendant's Motion to Dismiss **(Doc. No. 9, filed 3/1/2012)** is GRANTED.

IT IS FURTHER ORDERED that this action is DISMISSED without prejudice, so that the parties may submit their claims to arbitration.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction in accordance with the Federal Arbitration Act, 9 U.S.C. §§ 1-16, for the purpose of confirming, vacating or correcting any arbitration award and enforcing the parties' arbitration agreement.

Dated: May 31, 2012                              S/Denise Page Hood
                                                             Denise Page Hood
                                                              United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 31, 2012, by electronic and/or ordinary mail.

                                          S/LaShawn R. Saulsberry
                                          Case Manager